1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MARIA CARRALEZ, and EUGENE BAUTISTA,<br><br>      Plaintiff,<br><br>vs.<br><br>SATELLITE HEALTHCARE, INC. corporation; and DOES 1-100, inclusive,<br><br>      Defendants. | Case No.: 2:22–CV–01613–KJM–DB<br><br>**ORDER CONTINUING DISCOVERY, MOTION AND OTHER RELATED DEADLINES**<br><br>Complaint filed:        8/14/2022<br>First am. compl. filed:  1/30/2023 |

# ORDER

Having considered the parties' stipulation, and upon good cause shown, the Court hereby GRANTS the stipulation, amending the Fed. R. Civ. P. 16 Bench Order (ECF No. 15) and setting forth the below new schedule of discovery, motion and other related deadlines:

| Event | Original Date | Newly Ordered Date |
|---|---|---|
| Deadline to respond to First Amended Complaint | 2/13/2023 | 5/2/2023 |
| Fact Discovery Cut-Off | 12/29/2023 | 3/8/2024 |
| Deadline to file Motion for Class Certification | 1/31/2024 | 4/10/2024 |
| Expert Disclosure (Initial) | 2/16/2024 | 4/26/2024 |
| Expert Disclosure (Rebuttal) | 3/8/2024 | 5/17/2024 |
| Expert Discovery Cut-Off | 4/12/2024 | 6/21/2024 |
| Last Date to Hear Dispositive Motions (except for motions for continuances, temporary restraining orders or other emergency applications) | 5/17/2024 | 8/9/2024[2] |

**IT IS SO ORDERED.**

Dated: February 9, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[2] The parties' proposed date of 7/26/2024, is not a viable hearing date.