UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CARRALEZ, and EUGENE BAUTISTA,<br><br>     Plaintiff,<br><br>vs.<br><br>SATELLITE HEALTHCARE, INC. corporation; and DOES 1-100, inclusive,<br><br>     Defendants. | Case No.: 2:22–CV–01613–KJM–DB<br><br>**ORDER CONTINUING DISCOVERY, MOTION AND OTHER RELATED DEADLINES**<br><br>Complaint filed:         8/14/2022<br>First am. compl. filed:  1/30/2023 |

# ORDER

Having considered the parties' stipulation, and upon good cause shown, the Court hereby GRANTS the stipulation, amending the February 9, 2023 order continuing discovery, motion and other related deadlines (ECF No. 19) and setting forth the below new schedule of discovery, motion and other related deadlines:

| Event[1] | Prior Date | Newly Ordered Date |
|---|---|---|
| Deadline to respond to First Amended Complaint | 5/2/2023 | 6/6/2023 |
| Fact Discovery Cut-Off | 3/8/2024 | 4/12/2024 |
| Deadline to file Motion for Class Certification | 4/10/2024 | 5/15/2024 |
| Expert Disclosure (Initial) | 4/26/2024 | 5/31/2024 |
| Expert Disclosure (Rebuttal) | 5/17/2024 | 6/21/2024 |
| Expert Discovery Cut-Off | 6/21/2024 | 7/26/2024 |
| Last Date to Hear Dispositive Motions (except for motions for continuances, temporary restraining orders or other emergency applications) | 8/9/2024 | 9/20/2024 |

IT IS SO ORDERED.

DATED: May 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties may seek dates for additional events by filing a separate stipulation and proposed order.

FIRM:58671679v1