**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MARIA CARRALEZ, and EUGENE BAUTISTA,

Plaintiff,

vs.

SATELLITE HEALTHCARE, INC. corporation; and DOES 1-100, inclusive,

Defendants.

Case No.: 2:22–CV–01613–KJM–DB

**ORDER CONTINUING DEFENDANT'S RESPONSIVE PLEADING DEADLINE PENDING MEDIATOR'S PROPOSAL**

Complaint filed: 8/14/2022
First am. compl. filed: 1/30/2023

**ORDER**

Having considered the parties' stipulation, and upon good cause shown, the Court hereby GRANTS the stipulation, continuing the deadline for Defendant Satellite Healthcare, Inc. to respond to Plaintiffs Maria Carralez and Eugene Bautista's First Amended Complaint from July 11, 2023 to July 31, 2023.

**IT IS SO ORDERED.**

DATED: July 12, 2023.

CHIEF UNITED STATES DISTRICT JUDGE