UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CARRALEZ, and EUGENE BAUTISTA,<br><br>    Plaintiff,<br><br>vs.<br><br>SATELLITE HEALTHCARE, INC. corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 2:22–CV–01613–KJM–DB<br><br>**ORDER VACATING ALL DEADLINES AND DATES IN LIGHT OF CLASS, COLLECTIVE, AND PAGA REPRESENTATIVE ACTION SETTLEMENT SUBJECT TO COURT APPROVAL**<br><br>Complaint filed:      8/14/2022<br>First am. compl. filed:  1/30/2023 |

**ORDER**

Having considered the parties' stipulation, and upon good cause shown, the Court hereby GRANTS the stipulation.

All dates and deadlines that were previously ordered (ECF No. 25, 23, 21, 19, 15), including but not limited to the responsive pleading deadline, the class certification motion deadline, the fact discovery cut-off, the expert disclosure deadlines, and the dispositive motion hearing deadline, are hereby VACATED.

The parties shall file a joint statement regarding the status of their settlement by August 30, 2023.

**IT IS SO ORDERED.**

Dated:  July 31, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE