MAYALL HURLEY P.C.
ROBERT J. WASSERMANN (SBN: 258538)
rwassermann@mayallaw.com
NICHOLAS F. SCARDIGLI (SBN:249947)
nscardigli@mayallaw.com
VLADIMIR J. KOZINA (SBN: 284645)
vjkozina@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818
Website: www.mayallaw.com

Attorneys for Plaintiffs Maria Carralez and Eugene Bautista

EPSTEIN BECKER & GREEN, P.C.
Michael S. Kun (SBN: 208684)
mkun@ebglaw.com
Kevin D. Sullivan (SBN: 270343)
ksullivan@ebglaw.com
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone:    (310) 556-8861

Attorneys for Defendant Satellite Healthcare, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA CARRALEZ, and EUGENE BAUTISTA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**SATELLITE HEALTHCARE, INC.** corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.:  2:22-CV-01613-KJM-DB<br><br>**JOINT STATEMENT RE STATUS** |

Plaintiffs Maria Carralez and Eugene Bautista ("Plaintiffs") and Defendant Satellite Healthcare, Inc. ("Defendant") (collectively, "the Parties"), by and through their counsel of record, submit the following joint statement re status for the Court's consideration.

As set forth in their Stipulation to Vacate all Deadlines (Dkt. No. 26), the Parties have reached an agreement to resolve this matter and the related action entitled *Tiffany Soliman v. Satellite Healthcare, Inc.*, Santa Clara County Superior Court case no. 21CV387218. The Parties are still finalizing their long-form settlement agreement and plan to dismiss the action before this Court and process the settlement through the Santa Clara County Superior Court, where the matter was originally filed. The Parties anticipate finalizing their settlement and filing the aforementioned dismissal not later than September 22, 2023.

**DATED:** August 31, 2023                  **MAYALL HURLEY P.C.**

By     */s/ Robert J. Wassermann*
        ROBERT J. WASSERMANN
        NICHOLAS F. SCARDIGLI
        VLADIMIR J. KOZINA
        Attorneys for Plaintiffs and the Putative Class

DATED: August 31, 2023                  EPSTEIN BECKER & GREEN, P.C.

By:     /s/ Kevin D. Sullivan
        Michael S. Kun
        Kevin D. Sullivan
        Attorneys for Defendant
        SATELLITE HEALTHCARE, INC.