UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Carralez and Eugene Bautista, | No. 2:22-cv-01613-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| Satellite Healthcare, Inc., et al., | |
| Defendants. | |

Having reviewed the parties' further joint status report, the court directs the parties to file a stipulation of dismissal by **October 30, 2023**. No further extensions of time will be granted absent a detailed showing of good cause.

IT IS SO ORDERED.

DATED: October 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE